UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 08-34M (CR) |
| | : | |
| **DAVINA BENNETT,** | : | VIOLATION: § 18 U.S.C. 513(a) |
| **Defendant.** | : | (Securities of The States and Private Entities) |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

From on or about December 10, 2004 until July 8, 2004, within the District of Columbia, **DAVINIA BENNETT** did knowingly make (utter or possess, or any applicable combination) a counterfeited security of Computer World Services Corporation with the intent to deceive Sun Trust Bank.

(**Securities of The States and Private Entities**, in violation of Title 18, United States Code, Section 513(a))

          JEFFREY A. TAYLOR
          Attorney of the United States in
          and for the District of Columbia
          Bar No. 498610

BY: _____/s/_____
          JEAN SEXTON
          Assistant United States Attorney
          NJ Bar No. 02122-1995
          Federal Major Crimes Section
          555 4th Street, N.W., Room 4239
          Washington, DC 20530
          (202) 305-1419
          Jean.Sexton@usdoj.gov