UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-00133 (RMU) |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. § 513(a) |
| | : | (Securities of The States and Private Entities) |
| **DAVINA BENNETT,** | : | |
| | : | |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

From on or about December 10, 2003 until July 8, 2004, within the District of Columbia, **DAVINIA BENNETT** did knowingly make (utter or possess, or any applicable combination) a counterfeited security of Computer World Services Corporation with the intent to deceive Sun Trust Bank.

(**Securities of The States and Private Entities**, in violation of Title 18, United States Code, Section 513(a))

                                                  JEFFREY A. TAYLOR
                                                Attorney of the United States in
                                                and for the District of Columbia
                                                Bar No. 498610

BY: _____
           JEAN SEXTON
           Assistant United States Attorney
           NJ Bar No. 02122-1995
           Federal Major Crimes Section
           555 4th Street, N.W., Room 4239
           Washington, DC 20530
           (202) 305-1419
           Jean.Sexton@usdoj.gov