# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 08-133 |
| ) | |
| ) | CRIMINAL CASE NO: 08-0067 (RMU) |
| v. ) | |
| ) | |
| ) | **FILED** |
| DAVINA BENNETT ) | |
| | MAY 20 2008 |
| **WAIVER OF INDICTMENT** | Clerk, U.S. District and Bankruptcy Courts |

I, **Davina Bennett**, the above named defendant who is accused of **Securities of The States of Private Entities, Title 18 United States Code, Section 513(a)** and being advised of the nature of the charge(s), the proposed (superseding) information, and of my rights, hereby waive in open court on **March 20, 2008,** prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____
Ricardo M. Urbina
United States District Judge

Date: May 20, 2008