U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA  :

v.  :

DAVINA BENNETT  :   Case No. 08-133 ~~08-133~~ (RMU)

:

:

**ORDER**

**FILED**

MAY 20 2008

Clerk, U.S. District and
Bankruptcy Courts

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___20th___ day of ___MAY, 2008___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on ___MAY 20, 2008___ by ___Special Agent Spencer Brooks___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ___the FBI Field Office and/or First District of MPD___ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

COURT

DOJ USA-16-1-80