UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal Case Number: 08-133 (RMU) |
| DAVINA BENNETT, : | |
| Defendant. : | |

**FILED**
MAY 20 2008
Clerk, U.S. District and
Bankruptcy Courts

## STATEMENT OF OFFENSE

The parties in this case, the United States of America, and the defendant, Davina Bennett, stipulate and agree that the following facts are true and accurate:

At all times relevant to this case, Computer World Services Corporation (CWSC) was a corporation located at 666 11th Street, N.W., Washington, D.C., and was engaged in a business that had an affect on interstate commerce. Particularly, CWSC was engaged in a business that provided computer sales and service in the Washington Metropolitan area, and one of its divisions, Resource Networks located in Chantilly, Virginia, provided computer engineering for the Department of Defense. In conducting its business, CWSC used vendors and paid those vendors using checks from its bank account at Suntrust Bank.

On or about December 23, 2002, Davina Bennett, began working in CWSC's accounting department in Washington, D.C.. Ms. Bennett was responsible for tracking incoming invoices from vendors, making deposits, preparing checks and invoices for payment, and receiving cancelled checks from the bank. Specifically, when Ms. Bennett received new invoices, she would present those invoices to the President or Vice President of the company who would then determine when to pay them. Once that determination was made, Ms. Bennett was supposed to

generate a check to pay the invoice and then have the check signed by CWSC's President, Vice President, or Chief Financial Officer. All of CWSC's checks were supposed to be hand signed by one of these three individuals only; CWSC did not have a signature stamp or check signing machine.

Commencing on or about December 10, 2003, up to and including July 8, 2004, Ms. Bennett devised and executed a scheme to embezzle money from CWSC by converting checks from CWSC's Suntrust Bank account by forging the signature of Asad "Sid" Hameed, the Vice President of CWSC, and making the checks payable to her without CWSC's knowledge or authority. From on or about December 10, 2003, up to and including July 8, 2004, defendant Bennett forged 32 CWSC checks drawn on the Suntrust Bank account and cashed or deposited the checks into her personal bank account. The 32 checks ranged in amounts from $500 to $2,495.74 for each occurrence. As a result of defendant Bennett's scheme and her forgery of the 32 checks, CWSC sustained a lost of $44,091.48.

When interviewed by agents from the Federal Bureau of Investigation on September 27, 2007, Ms. Bennett admitted to forging the signature of Asad Hameed on the 32 checks and cashing the checks to obtain money to pay her rent, student loans, car notes and car insurance. Additionally, a forensic examiner from the FBI positively identified Ms. Bennett's fingerprints on 22 of the 32 checks that she admitted to forging.

This proffer of evidence is not intended to constitute a complete statement of all facts known by the government or the defendant, but is instead a statement of facts intended to provide the necessary factual predicate for the guilty plea in this case. In addition, this proffer contains facts that relate to specific offense characteristics contained in Section 2B1.1 of the United States

Sentencing Guidelines that the parties agree are applicable in this case. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for entry of the defendant's plea of guilty and for application of the specific offense characteristics that are set forth in the plea agreement entered into by the parties.

_____
JEAN W. SEXTON
Assistant United States Attorney

_____
DAVINA BENNETT
Defendant

_____
DANI JAHN
Attorney for Defendant