UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 20 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 08cr133 (RMU)
:
Davina Bennett, :
:
        Defendant(s). :

### SENTENCING SCHEDULING ORDER[1]

It is this _20_ day of _May_ 2008,

**ORDERED** that the sentencing in this matter be set for _August 19, 2008_ at _10:30_; and it is

**FURTHER ORDERED** that the probation officer assigned to this case disclose the draft pre-sentence investigation report to the parties 30 business days[2] after the date of the court's referral; and it is

**ORDERED** that counsel submit objections (if any) to the probation officer within 8 business days of that disclosure; and it is

**FURTHER ORDERED** that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report within 8 business days of the submission of objections; and it is

**ORDERED** that any party wishing to submit a memorandum in aid of sentencing must do so no later than 8 business days after the probation officer discloses the final pre-sentence investigation report, with responses (if any) due 4 business days thereafter. These memoranda and any responses thereto must cite to supporting legal authority.

**SO ORDERED**.

                                                                  _____
                                                                  Ricardo M. Urbina
                                                              United States District Judge

---

[1] Revised January 2005.

[2] A "business day" is any day that is not a Saturday, Sunday, or "legal holiday" as defined by Federal Rule of Criminal Procedure 45(a).