UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Cr. No. 08-133 (RMU) |
| | ) | |
| **DAVINA BENNETT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING DATE AND OTHER SENTENCING DEADLINES**

Ms. Davina Bennett, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing deadlines and sentencing hearing in this case which is presently scheduled for August 19, 2008.  In support of this motion, counsel states:

On May 20, 2008, Ms. Bennett pled guilty to a one count Information charging her with Securities of the States and Private Entities in violation of 18 U.S.C. § 513(a).  At that time, the matter was referred to the Probation Office for a Pre-Sentence Investigation.  Unfortunately, the Defendant, undersigned counsel, and the probation officer assigned to interview Ms. Bennett - Mr. Michael Penders - have had various scheduling conflicts.  All parties were to have met and Ms. Bennett's  Pre-Sentence interview was to have taken place on Friday, June 20, 2008.  Unfortunately, however, Ms. Bennett had an emergency family matter to attend to and thus was unable to make the scheduled appointment on June 20, 2008.  Ms. Bennett's Pre-Sentence interview is now scheduled for July 8, 2008.

Due to the change in interview dates, undersigned counsel and the Probation Officer, Mr. Penders, request at least a thirty-day extension of time in which to complete the Pre-Sentence Interview Report.  According to the sentencing scheduling order in this case, a draft of the Pre-

Sentence Report is due on July 2, 2008 (six days before the interview is currently set). Therefore, on the behalf of Ms. Bennett, and in the interest of justice, undersigned counsel requests that the sentencing and other sentencing deadlines in this matter be continued for at least thirty days.[1]  Further, the government, per Assistant United States Attorney Jean Sexton, does not oppose this request.

    WHEREFORE, counsel for the Defendant respectfully requests that this motion be granted.

                                Respectfully submitted,

                                A.J. KRAMER
                                FEDERAL PUBLIC DEFENDER

                                  /s/

                                Dani Jahn
                                Assistant Federal Public Defender
                                625 Indiana Avenue, N.W.
                                Suite 550
                                Washington, D.C.  20004
                                (202) 208-7500

---

[1] Mr. Penders is not available between the dates of September 26, 2008 through October 6, 2008.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Cr. No. 08-133 (RMU)** |
| | ) | |
| **DAVINA BENNETT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Upon consideration of the Defendant's Unopposed Motion to Continue the Sentencing and Other Sentencing Deadlines for at least thirty days, and in light of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the August 19, 2008 sentencing date is hereby vacated; and it is further

**ORDERED** that disclosure of the Pre-Sentence Report is due _____, 2008; Objections due by _____ 2008; Sentencing Memorandums due by _____, 2008; and the sentencing in this matter is rescheduled for _____, 2008 at __:__ a.m./p.m..

**IT IS SO ORDERED** this _____ day of _____, 2008.

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT COURT JUDGE