**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUN 2 6 2008

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :
                                  :
                v.                :          Criminal Action No.: 08cr133 (RMU)
                                  :
Davina Bennett,                   :
                                  :
                Defendant(s).     :

## S E N T E N C I N G   S C H E D U L I N G   O R D E R[1]

It is this 26th day of June 2008,

**ORDERED** that the sentencing in this matter set for August 19, 2008 is hereby **VACATED** and **RESCHEDULED** for October 14, 2008 at 1:30 pm; and it is

**FURTHER ORDERED** that the probation officer assigned to this case disclose the draft pre-sentence investigation report to the parties 30 business days[2] after the date of the court's referral; and it is

**ORDERED** that counsel submit objections (if any) to the probation officer within 8 business days of that disclosure; and it is

**FURTHER ORDERED** that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report within 8 business days of the submission of objections; and it is

**ORDERED** that any party wishing to submit a memorandum in aid of sentencing must do so no later than 8 business days after the probation officer discloses the final pre-sentence investigation report, with responses (if any) due 4 business days thereafter. These memoranda and any responses thereto must cite to supporting legal authority.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

_____

[1] Revised January 2005.

[2] A "business day" is any day that is not a Saturday, Sunday, or "legal holiday" as defined by Federal Rule of Criminal Procedure 45(a).